IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
_____ DIVISION

QUESTIONNAIRE FOR PRISONERS PROCEEDING
PRO SE UNDER 42 U.S.C. §1983

2019 OCT 25  AM 9:23

Dana Kyle King 1001611268

(GIVE FULL NAME AND PRISON NUMBER OF EACH PLAINTIFF):

Plaintiff(s)

VS.

New York district attorney Cyrus R. Vance Jr., the People
David young. Police officer Defranco

(NAME OF EACH DEFENDANT)

Defendant(s)

CIVIL ACTION NO.

5:19-CV-428

I. GENERAL INFORMATION

1. Your full name and prison number  Dana King Kyle 1001611268
2. Name and location of prison where you are now confined  Johnson State Prison Wrightsville GA 31096
3. Sentence you are now serving (how long?)  10 year do five year
   (a) What were you convicted of?  theft by deception
   (b) Name and location of court which imposed sentence  DeKalb County DeCatur Georgia
   (c) When was sentence imposed?  fifty four months ago
   (d) Did you appeal your sentence and/or conviction?   ☐ Yes   ☒ No
   (e) What was the result of your appeal?  N/A
   (f) Approximate date your sentence will be completed  13 April 2020

## II. PREVIOUS LAWSUITS

4. Other than the appeal of your conviction or sentence, have you ever submitted a lawsuit for filing in any federal or state court dealing with the SAME FACTS involved in this lawsuit or otherwise related to your imprisonment?  ☐ Yes  ☒ No

5. If your answer to question 4. is "Yes," list that lawsuit below, giving the following information: (IF YOU HAVE FILED MORE THAN ONE LAWSUIT, LIST OTHER LAWSUITS ON A SEPARATE SHEET OF PAPER, GIVING THE SAME INFORMATION FOR EACH)

   (a) Parties to the previous lawsuit:
       Plaintiff(s): _N/A_

       Defendant(s): _N/A_

   (b) Name of Court: _N/A_
   (c) Docket Number: _N/A_   When did you file this lawsuit? ____
   (d) Name of judge assigned to case: _N/A_
   (e) Is this case still pending  ☐ Yes  ☒ No
   (f) If your answer to (e) is "No," when was it disposed of and what were the results? (DID YOU WIN? WAS THE CASE DISMISSED? DID YOU APPEAL?) _N/A_

## III. PRESENT CONFINEMENT

6. Where are you now confined? _Johnson State Prison Wrightsville GA 31096_
   (a) How long have you been at this institution? _two years_
   (b) Does this institution have a grievance procedure?  ☒ Yes  ☐ No
   (c) If your answer to question 6(b) is "Yes," answer the following:
       (1) Did you present your complaint(s) herein to the institution as a grievance?  ☒ Yes  ☐ No
       (2) What was the result? _there has been no Responce to this on going issue that continues_

   (d) What, if anything, have you done to bring your complaint(s) to the attention of prison officials? Give dates and places and the names of persons talked to.
   _Warden Caldwell the administration of Johnson State Prison 1/9/18  9/16/19  10/16/19 for the Past fifty four months have been trying to get a Resolve._

7. In what other institutions have you been confined? Give dates of entry and exit.

Georgia State Prison Reidsville GA   Sept 2015
June 2017

## IV. PARTIES TO THIS LAWSUIT

8. List the name and address of each plaintiff in this lawsuit:

Cyrus R. Vance Jr.  one Hogan Place NY NY 10013
Mr. David Young one Hogan Place N.Y. NY 10013   Police office
Dfranco one hogan Pl NYNY 10013
David young ADA. Cyrus Vance district Attorny. Police officer Dfranco

9. List the full name, the official position, and the place of employment of each defendant in this lawsuit. (ATTACH ADDITIONAL PAGES IF NECESSARY)

Dana Kyle King 1001611268

## V. STATEMENT OF CLAIM

10. In the space hereafter provided, and on separate sheets of paper, if necessary, set forth your claims and contentions against the defendant(s) you have named herein. Tell the court WHAT you contend happened to you, WHEN the incident(s) you complain about occurred, WHERE the incident(s) took place, HOW your constitutional rights were violated, and WHO violated them? Describe how each defendant was involved, including the names of other persons who were also involved. If you have more than one claim, number and set forth each claim SEPARATELY.

Do not give any legal argument or cite any cases or statutes at this time; if such is needed at a later time, the court will advise you of this and will afford you sufficient time to make such arguments. KEEP IN MIND THAT RULE 8 OF THE FEDERAL RULES OF CIVIL PROCEDURE REQUIRES THAT PLEADINGS BE SIMPLE, CONCISE, AND DIRECT! If the court needs additional information from you, you will be notified.

STATEMENT OF CLAIM (CONTINUED)

Where did the incident you are complaining about occur? That is, at what institution or institutions? _____

When do you allege this incident took place? _____

What happened? On two different occasion the first being 8-24-2016, and the second being on 2-1-2018 the jurisdiction of the district attorney of New York was served with the agreement on detainers form 1-4 via Certified mail mr. David Yang who is the ADA in Charge of Extridition has avoided the motion forward by myself Dana King 10016-11268 of said warrant number #01015-2013 on over a half dozen times with willful, and deliberate Indifference toward the Right to do Process of Defendant Dana King with dereliction of duty where the defendant Parole Continues to be Rescinded by the falsehoods of the willingness to Pick up the defendant Dana King on each of the Parole dates given to this date 10-16-2019 no action have been taken to Resolve the matter defendant has health, and medical issues that need addressing that the State Can not, and will not however the V.A. hospital will address the defendants medical issues and Continue his health Care with no problems the defendant has exhausted every Remedy available to him to find a Resolve for this matter that is 6 years old a bench Warrant for failure to appear to finalize a Case from a felony to a misdemeanor yet the office of the district attorney will not Reply but officer Defranco Continues to Communicate willingness to pick up the defendant to the Administration of the Correction Personnel Each time a parole date is given.

Defendant Dana King is a disabled Veteran with Service Connect Injuries that has Recieve a Honorable discharge from the U.S. Army.

11. List the name and address of every person you believe was a witness to the incident(s) you complain about, BRIEFLY stating what you believe each person knows from having seen or heard what happened. (USE ADDITIONAL SHEETS, IF NECESSARY)

Ms. J. Black Warden's Secretary Warden Caldwell deputy warden Franklin deputy warden Gibson, and Chief Counselor Bragg which each of the above work at Johnson State Prison to Include Mr. Jeffery Duckworth Counslor, and the notery Public I used. (also Curtis Moner Legal Aid 49 thomas St NY NY 10013)

12. BRIEFLY state exactly what you want the court to do for you. That is, what kind of relief are you seeking in this lawsuit? Do not make any legal arguments and do not cite any cases or statutes! (USE ADDITIONAL SHEETS, IF NECESSARY)

I would like for the matter dismissed according to the rules of the agreement on detainers, and also I would ask for the amount of $250,000 dollars be awarded to the Dana King for the mental Anguish, and Cruel and unusual punishment that was forced on him and his family during the times this matter was trying to be Resolved to no avail by Dana King, and his public defender mr Curtis Moner 49 thomas Street NY NY 10013

13. You may attach additional pages if you wish to make any legal argument. However, legal arguments are NOT required in order for you to obtain relief under §1983. If the court desires legal argument from you, it will request it. If any defendant presents a legal argument, you will be afforded an opportunity to respond thereto.

14. KEEP IN MIND THAT ONCE YOUR LAWSUIT IS FILED, THE COURT WILL REQUIRE YOU TO DILIGENTLY PROSECUTE IT. That means that you will be required to go forward with your case without delay. Thus, if you fail to adequately prepare your case before you file it, you may find your lawsuit dismissed for failure to prosecute if you take no action once it is filed. YOU WILL RECEIVE NO FURTHER INSTRUCTIONS FROM THE COURT TELLING YOU WHAT TO DO OR HOW TO DO IT! IT IS YOUR RESPONSIBILITY AND YOURS ALONE TO PROSECUTE YOUR OWN CASE! Thus, if you fail to prosecute your case, it will be dismissed under Rule 41 of the Federal Rules of Civil Procedure.

Signed this 22 day of OCT, 20 19.

_____
PLAINTIFF

Conclusion, Statement of Claim

the Struggle to Resolve this matter Correctly for the Past Six years has Cause Some financial Strain, and un-Rest to myself, and my family

It would seem as though the rules to the agreement on detainer have totally been Ignore, and look over. the agreement was not only mailed via Certifie mail but also faxed to the office of the district attorney and I personally forwarded copies to the Courts the honorable Judge Linda ward who In turn did forward the agreement to the ADA Mr. Danny young. the failure of Communication Should not be Charge or fall on myself or Shald I have to Suffer unJustly due to the dereliction of duty in a timely manner, to have my Progress within the System Impeded and Serve an Even longer Sentence.

Respectfully

[signature]

1001611268