# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# MACON DIVISION

| | |
|---|---|
| DANA KYLE KING,<br><br>*Plaintiff*,<br><br>v.<br><br>CYRUS VANCE, JR., *et al.*,<br><br>*Defendants*. | CIVIL ACTION NO.<br>5:19-cv-00428-TES-CHW |

## ORDER ADOPTING THE UNITED STATES
## MAGISTRATE JUDGE'S RECOMMENDATION

In his Recommendation [Doc. 10], the United States Magistrate Judge recommends that the Court dismiss Plaintiff's Complaint [Doc. 1] without prejudice and deny as moot Plaintiff's pending motion for injuncting relief [Doc. 7] because Plaintiff failed to state an actionable § 1983 claim.

No objections have been filed to the magistrate judge's Recommendation; therefore, the Court reviews his findings for clear error. 28 U.S.C. § 636(b)(1)(A). After a review of his findings, the Court finds no clear error in the magistrate judge's Recommendation.

Accordingly, the Recommendation [Doc. 10] is hereby **ADOPTED** and **MADE THE ORDER OF THE COURT.** The Court **DISMISSES without prejudice** Plaintiff's

Complaint [Doc. 1] and **DENIES as moot** Plaintiff's pending motion [Doc. 7] for injunctive relief.

**SO ORDERED**, this 26th day of March, 2020.

S/ Tilman E. Self, III
**TILMAN E. SELF, III, JUDGE**
**UNITED STATES DISTRICT COURT**
